UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MASTON LYONS and LINDA LYONS, | : | |
| | : | |
|     *Plaintiffs*, | : | |
| v. | : | No. 1:05-cv-171 |
| | : | *Lee* |
| PAULA T. THOMPSON, Clerk of | : | |
| Court of General Sessions for | : | |
| HAMILTON COUNTY, TENNESSEE, | : | |
| | : | |
|     *Defendant*. | : | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion: (1) the motion of defendant for a summary judgment [Doc. No. 26] is **GRANTED**; and (2) the motion of plaintiffs for a judgment [Doc. No. 31] is **DENIED**. The plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The defendant is entitled to **JUDGMENT** in defendant's favor. Costs are awarded to defendant. Pursuant to Fed. R. Civ. P 58(a), the Clerk is **DIRECTED** to enter a judgment to this effect. The Clerk shall also close the file.

    SO ORDERED.

    ENTER.

                                                     s/*Susan K. Lee*
                                                    SUSAN K. LEE
                                                    UNITED STATES MAGISTRATE JUDGE